# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Charlton Javier Dowling<br>*Plaintiff*<br>v.<br>Charleston County Solicitors Office, Timmy Finch, Linda Lombard, C. Miller, North Charleston Police Department, Scarlett A Wilson<br>*Defendant* | Civil Action No. 2:10-cv-2607-RMG-BM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of United States Magistrate Judge Bristow Marchant is adopted and incorporated. The Complaint is dismissed without prejudice and without issuance of service of process. The Plaintiff shall take nothing on his claim filed pursuant to Title 42 U.S.C.§ 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard Mark Gergel, United States District Judge

Date: November 22, 2010

*CLERK OF COURT* Larry W. Propes

*Signature of Clerk or Deputy Clerk*